# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2020

161963(19)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

ROBERT STANLEY WINBURN, a/k/a SCOTT
ALLEN LIBBY,
   Defendant-Appellant.

SC: 161963
COA: 354482
Washtenaw CC: 17-000654-FC

_____/

On order of the Court, the motion for reconsideration of this Court's October 14, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted.  MCR 7.311(G).





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2020

Clerk

b1124